■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXIS R. TORRES, Appellant. [823 NYS2d 750]—Appeal from a judgment of the Herkimer County Court (Patrick L. Kirk, J.), rendered August 23, 2005. The judgment convicted defendant, upon his plea of guilty, of rape in the third degree.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed. Present—Hurlbutt, A.P.J., Scudder, Gorski and Smith, JJ.